IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-699

| | |
|---|---|
| RICK NELSON, ) | |
|     Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| STEVE MONTGOMERY, ) | |
|     Defendant. ) | |

THIS MATTER IS BEFORE THE COURT on the Plaintiff's Motion for Permission for Electronic Case Filing [doc. #6]. In accordance with our local rules, parties filing pro se shall not file electronically. THEREFORE, the motion is DENIED. However, the court will allow the plaintiff to receive electronic notices.

Signed: January 10, 2013

Graham C. Mullen
United States District Judge