# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-699-DCK

| | |
|---|---|
| RICKY L. NELSON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| STEVEN K. MONTGOMERY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Protective Order" (Document No. 21) filed May 7, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Motion For Protective Order" (Document No. 21) is **GRANTED**.

Signed: May 7, 2013

David C. Keesler
United States Magistrate Judge